IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-36762-H4 |
| | § | |
| **Curtis L. Johnson, Sr.** | § | |
| **Angela Regina Johnson** | § | |
| | § | |
| DEBTORS | § | CHAPTER 13 |

## NOTICE OF WAGE ORDER ADJUSTMENT

| Employer | Chapter 13 Trustee (Payments must be sent to this address) |
|---|---|
| Ecolab, Inc.<br>1 Ecolab Place, HGH#<br>St. Paul, MN 55102 | David G. Peake<br>P.O. Box 2158<br>Memphis, TN 38101<br>18-36762-H4 |

1. The Chapter 13 Trustee in this bankruptcy case provides this Notice of Wage Order Adjustment.

2. Employer must deduct the following amounts from wages payable to Curtis L. Johnson, Sr. and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-Monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $2,261.00 | $1,130.50 | $1,043.54 | $521.77 |

3. This Notice is effective for the first payroll period after March 08, 2024.

4. All other terms of the Court's Wage Deduction Order remain effective.

Date:  March 07, 2024

/s/ David G. Peake
David G. Peake, Trustee
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400
(713)852-9084 Facsimile

A copy of this Notice of Wage Order Adjustment was mailed to the above referenced Employer, the Debtor(s), and the Debtor(s)' counsel on March 07, 2024.

/s/ Kim Gould